11-CV-00106-CLM

Judge Robert S. Lasnik

FILED
LODGED
ENTERED
RECEIVED

APR 11 2012

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
BY                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL AXTMAN,

                Plaintiff,

vs.

KNOWLEDGE LEARNING
CORPORATION., a Delaware company,
and KC DISTANCE LEARNING, INC. a
Delaware company,  and KINDERCARE
LEARNING CENTERS, INC. a Delaware
company, and K12, INC. a Delaware
company,

                Defendants.

NO.   2:11-cv-00106-RSL

STIPULATION AND ORDER OF
DISMISSAL

***Clerk's Action Required***

     COME NOW the parties, by and through their counsel of record, and stipulate to the dismissal of the above-captioned action with prejudice and without an award of attorneys' fees or costs to any party.

2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WA 98101-4000
(206) 624-1230
FAX (206) 340-2563

LASHER
HOLZAPFEL
SPERRY &
EBBERSON

STIPULATION AND ORDER OF DISMISSAL - 1
{20707/T411200.DOC}

DATED this _10th_ day of ~~January~~ *april*, 2012.

LASHER HOLZAPFEL
SPERRY & EBBERSON, PLLC

_____
Lisa Ann Sharpe, WSBA #21047
Attorney for Plaintiff

DAVIS WRIGHT TREMAINE LLP

_____
Kathryn S. Rosen, WSBA #29465
Holly Wylam Klein, WSBA #40342
Attorney for Defendants

### ORDER

THIS MATTER came before the court upon the foregoing Stipulation of counsel.  It appearing to the court that the parties have resolved their dispute and have stipulated to dismissal of the case, it is hereby

ORDERED that the above-captioned action is dismissed in its entirety, with prejudice and without an award of attorneys' fees or costs to any party.

Signed this _10th_ day of ~~January~~, 2012.
*april*

_____
JUDGE ROBERT S. LASNIK

2600 Two Union Square
601 Union Street
Seattle, WA 98101-4000
(206) 624-1230
Fax (206) 340-2563

STIPULATION AND ORDER OF DISMISSAL - 2
{20707/T411200.DOC}

LASHER
HOLZAPFEL
SPERRY &
EBBERSON

**Presented by:**

LASHER HOLZAPFEL
SPERRY & EBBERSON, PLLC

Lisa Ann Sharpe, WSBA #21041
Attorney for Plaintiff

**Approved for entry:**

DAVIS WRIGHT TREMAINE LLP

Kathryn S. Rosen, WSBA #29465
Holly Wylam Klein, WSBA #40342
Attorney for Defendants

2600 Two Union Square
601 Union Street
Seattle, WA 98101-4000
(206) 624-1230
Fax (206) 340-2563

L A S H E R
HOLZAPFEL
S P E R R Y &
EBBERSON
PLLC

STIPULATION AND ORDER OF DISMISSAL - 3
{20707/T411200.DOC}